AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Fleurissima, Inc., a Florida corporation </br></br> *Plaintiff(s)* </br> v. </br> Adrian Garcia, an individual </br> Windstream Holdings, Inc., a Delaware Corporation </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )   16-cv-21216-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adrian Garcia
8090 NW 10th Street, Apartment 4, Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Divya Khullar, Esq.
4786 West Commercial Boulevard
Tamarac, Florida 33319

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ____04/06/2016____

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Fleurissima, Inc., a Florida corporation

*Plaintiff(s)*

v.

Adrian Garcia, an individual
Windstream Holdings, Inc., a Delaware Corporation

*Defendant(s)*

16-cv-21216-CMA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Windstream Holdings, Inc.
124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Divya Khullar, Esq.
4786 West Commercial Boulevard
Tamarac, Florida 33319

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____04/06/2016_____

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts